UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALIFORNIA VALLEY MIWOK TRIBE,  :
                                :
        Plaintiff,               :
                                :
    v.                           :   Civil Action No. 05-0739 (JR)
                                :
USA, *et al.*,                   :
                                :
        Defendants.              :

### ORDER

For the reasons stated in the accompanying memorandum, the plaintiffs' motion to file a second supplemental complaint [Dkt. #34] and motion for preliminary injunction [Dkt. #29] are **denied**. Defendant's motion to dismiss [Dkt. #15] is **granted**. The case is dismissed.

                                            JAMES ROBERTSON
                                      United States District Judge